**STATE of Missouri, Respondent,**

**v.**

**William E. ALLEN, Appellant.**

### No. WD 59305.

Missouri Court of Appeals,
Western District.

Dec. 11, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 29, 2002.

Sarah W. Patel, Asst. Public Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before: LOWENSTEIN, P.J., SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

William Allen appealed from his conviction of voluntary manslaughter, § 565.023, RSMo 2000, and armed criminal action, § 571 .015, RSMo 2000, and his sentence as a prior offender of fifteen years' imprisonment for each count, to run concurrent. The court found that the trial court did not abuse its discretion: 1) in not instructing the jury to disregard a statement made by the prosecutor to a venirperson; and 2) in not allowing reputation evidence that the victim was a drug dealer and carried a gun.

Affirmed. Rule 30.25(b).